OCT 7 2025 PM1:33
FILED-USDC-CT-HARTFORD

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**COMPLAINT FORM**

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

v.

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. ~~[redacted]~~ Douglas Althund (Plaintiff) is a citizen of _CT_ (State) who presently resides at _Hartford, CT_ (mailing address).

2. Defendant _Michelle Brook Bustemante Hechler_ (name of first defendant) is a citizen of _PA_ (State) whose address is ~~[struck]~~ _44 Monarch Dr, Mechanicsburg, PA_.

3. Defendant __Michael Snell__ is a citizen of __PA__
   (name of second defendant)                              (State)

   whose address is __Hershey PA__.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

HIPAA rights, HIPAA history of representatives, denial of Legal Representa/ by withholding evidence of HIPAA Records related to Jan 18 2022 work injury

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Both my Emergency Contacts and HIPAA representatives Both knew about my injury had access to my med records and took money to deny my access to proper and timely medical care. Also abusing my medical preexsisting conditions of fibromyalgia, Degenerative Arthritis, 2 total knee replacements, Carpul tunnel releases Both hands, Crohnes disease, previous spinal injuries w/ X-rays before DeSouza Brown injury April 2020 Milton Hershey Medical Center April 2021 Hershey Med Xpress, X-rays w/ contrast Dr. Espenshade Arlington Orthopedics UPMC, Michelle Hechler UPMC Employee

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** HIPAA medical access History Margann Altland, Michelle Hechler, Margann Altland, Gerome Gray (Safe Harbor WC PA) Caseworker

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

April 2021 pre injury

Clif Milewicki NDA sexual harrassed by Nickole Etters PA manager via text messages

Michael Snell - 2 NDA's w/o knowledge of what laws or company rules he was violating against me.

during employment and injury

Jan 18 2022 Last date of employment Feb 3rd 2022.

**Claim II:** _____

_____

_____

Supporting Facts:

3

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

Economic Compensation
Medical Compensation
I have no retirement to fall back on
Continued medical needs for pre exsisting medical
Conditions prior to my Jan 18 2022 injury
Punitive damages for obstruction, delay, defamation
Pain and suffering, from abuse of medical records and of treatment

## F. JURY DEMAND

Do you wish to have a jury trial? (Yes)    No

_____  
Original signature of attorney (if any)

*[signature]*  
**Plaintiff's Original Signature**

_____  
Printed Name

Printed Name  
*Douglas Reed Altland*

( )  
Attorney's full address and telephone

( )  
Plaintiff's full address and telephone

Email address if available

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Hartford, CT_ on _10/7/25_.
(location)                                    (date)

*[signature]*  
**Plaintiff's Original Signature**

(Rev.3/29/16)

5